## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVERY JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>    Defendants. | Case No. 2:24-CV-02227-CMR |
| MICHELLE PETTIFORD, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CENCORA, INC., THE LASH GROUP, LLC, BRISTOL-MYERS SQUIBB COMPANY, and BRISTOL-MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC.,<br><br>    Defendants. | Case No. 2:24-CV-02228-KBH |
| BETTY STONEBURNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>    Defendants. | Case No. 2:24-CV-02236-TJS |

| | |
|---|---|
| KEITH WOLFORD, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>  Defendants. | Case No. 2:24-CV-02256-CMR |
| DARLEEN LEWIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>  Defendants. | Case No. 2:24-CV-02258-CMR |
| PEYTON MCQUILLEN and CYNTHIA STOW, on behalf of themselves and all others similar situated,<br><br>  Plaintiffs,<br><br> v.<br><br>CENCORA, INC. f/k/a AMERISOURCE-BERGEN CORPORATION, a Pennsylvania corporation, and THE LASH GROUP, LLC a Delaware Corporation,<br><br>  Defendants. | Case No. 2:24-CV-02271-GJP |

| | |
|---|---|
| KEVIN JAMES, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>   Defendants. | Case No. 2:24-CV-02304-CMR |
| LAURIE GERBER, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>   Defendants. | Case No. 2:24-CV-02303-CMR |
| LATARSHA BRADFORD, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>   Defendants. | Case No. 2:24-CV-02344-CMR |

| | |
|---|---|
| CLARENCE JOHNSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>   Defendants. | Case No. 2:24-CV-02372 |
| JAMES SOWARD, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>   Defendants. | Case No. 2:24-CV-02375 |

**ORDER**

  AND NOW, this ___ day of _____, 2024, in consideration of Plaintiff's Motion to Consolidate and Appoint Interim Co-Lead Counsel and any responses thereto, it is hereby **ORDERED** that:

  1. The following eleven (11) putative class action cases currently pending in this Court (collectively, the "Consolidated Actions") are consolidated before the Honorable Cynthia M. Rufe pursuant to Federal Rule of Civil Procedure 42(a) for purposes of addressing common issues of law and fact prior to trial:

    a. *Johnson v. Cencora, Inc. et al.*, Case No. 2:24-cv-02227 (E.D. Pa.);

    b. *Pettiford v. Cencora, Inc. et al.*, Case No. 2:24-cv-02228 (E.D. Pa.);

    c. *Stoneburner v. Cencora, Inc. et al.*, Case No. 2:24-cv-02236 (E.D. Pa.);

1

  d. *Wolford v. Cencora, Inc., et al.*, Case No. 2:24-cv-02256 (E.D. Pa.);

  e. *Lewis v. Cencora, Inc., et al.*, Case No. 2:24-cv-02258 (E.D. Pa.);

  f. *McQuillen et al. v. Cencora, Inc., et al.*, Case No. 2:24-cv-02271 (E.D. Pa.);

  g. *James v. Cencora, Inc., et al.*, Case No. 2:24-cv-02304 (E.D. Pa.);

  h. *Gerber v. Cencora, Inc., et al.*, Case No. 2:24-cv-02303 (E.D. Pa.);

  i. *Bradford v Cencora, Inc., et al.*, Case No. 2:24-cv-02344 (E.D. Pa.);

  j. *Johnson v. Cencora. Inc., et al.*, Case No. 2:24-cv-02372 (E.D. Pa.); and

  k. *Soward v. Cencora, Inc., et al.*, Case No. 2:24-cv-02375 (E.D. Pa.).

2. All papers filed in the Consolidated Actions shall be filed under *Johnson v. Cencora, Inc. et al.*, Case No. 2:24-cv-02227, under the following caption:

| | |
|---|---|
| IVERY JOHNSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>CENCORA, INC. and THE LASH GROUP, LLC,<br><br>  Defendants.<br><br>This Document Relates To: | Master Docket No. 2:24-cv-02227-CMR |

3. The case file for the Consolidated Actions will be maintained under Master Docket No. 2:24-cv-02227-CMR. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and

the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption, for example: "2:24-cv-02228-KBH (*Pettiford*)."

4. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar alleged facts as the Consolidated Action will be consolidated with it for pre-trial purposes. The parties shall file a notice whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

5. Any attorney who has filed a Related Action or any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, may file an application for appointment as interim lead class counsel or other designated counsel either individually or as part of a proposed leadership slate. All applications must be e-filed in Master Docket No. 2:24-CV-02227-CMR, no later than fourteen (14) days from the entry of this Order. Each attorney's or proposed leadership slate's application shall address the factors set forth in Rule 23(g) or other relevant factors and may include a firm resume. The Court may hold a hearing on the applications or appoint interim lead class counsel or other designated counsel based on timely written submissions only.

6. Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following entry of an order appointing interim lead class counsel or other designated counsel.

7. Appointed interim lead class counsel will meet and confer with counsel for Defendants to stipulate to a schedule for filing a response to the Consolidated Complaint, including any motion to dismiss briefing.

8. Defendants need not file a response to the complaint in each Related Action and instead will answer or otherwise respond to the Consolidated Complaint.

9. All responsive pleading deadlines for Defendants, and any additional defendants named in future Related Action shall be stayed pending the appointment of interim lead class counsel and the Parties' entry of a stipulated response schedule.

**SO ORDERED.**

                                                  **BY THE COURT:**

                                                  _____